UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWIN P. BRUHL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEN SLOTKY, et al., )<br>)<br>Defendants. ) | Case No. 07-1196 |

**O R D E R**

On January 28, 2008, a Report & Recommendation was filed by Magistrate Judge John A. Gorman in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections addressing the substance of the Report & Recommendation have been made.[1] See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff brought this litigation more than six months ago alleging vague and virtually

---

[1] Although Plaintiff submitted a document titled "Declaration" on February 14, 2008, it makes no reference at all to the issue of service addressed in the Report and Recommendation. Rather, it consists of the same unintelligible, rambling references to various people and various court cases in various venues and amounts to little more than free association.

unintelligible violations under 42 U.S.C. § 1983, yet has failed to perfect service on the remaining four Defendants.  Despite having been advised of the deficiencies in service and educated on the proper way to effect service for these Defendants, he has offered no explanation or justification for his failures.  Accordingly, the Court concurs with the recommendation that the four remaining Defendants should be dismissed for failure to perfect proper service pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Accordingly, the Court now adopts the Report & Recommendation [#38] of the Magistrate Judge in its entirety. Defendants Ben Slotky, Sentry Insurance, CNA Insurance, and the City of Bloomington are hereby DISMISSED for failure to perfect proper service pursuant to Rule 4.  As Defendants McLean County Clerk, McLean County Recorder, McLean County Sheriff, Wicks Pipe Organ Company, Chicago Title Insurance Company, and Fidelity National Financial have been previously dismissed,  this matter is now TERMINATED.

ENTERED this 20th day of February, 2008.


                                        s/ Michael M. Mihm
                                        Michael M. Mihm
                                        United States District Judge